UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 22-60202-CR-DIMITROULEAS/HUNT

UNITED STATES OF AMERICA

v.

CHARLES WILLIAM MCELWEE,

Defendant.

_____/

### FACTUAL PROFFER

The Office of the United States Attorney for the Southern District of Florida and Defendant Charles William Mcelwee (hereinafter "Defendant") stipulate and agree that had this case gone to trial, the Government would have proved the following facts, among others, beyond a reasonable doubt, and that these facts are true and correct and establish Defendant's guilt of the offense to which he is pleading guilty, namely, conspiracy to purchase, sell, and distribute Medicare beneficiary identification numbers without lawful authority.

Beginning at least as early as in or around July 2021 and continuing through at least in or around September 2022, in Broward County, in the Southern District of Florida, and elsewhere, Defendant knowingly and willfully conspired and agreed with others to purchase, sell, and distribute, without lawful authority, Medicare beneficiary identification numbers ("BINs"). A BIN is a unique identifying number used to determine a person's

- 1 -

eligibility for Medicare benefits and to submit claims to Medicare seeking reimbursement for covered health care benefits, items, and services.

On or about December 7, 2021, Defendant posted an on-line advertisement offering "Medicare data for sale." The Medicare data had been obtained from co-conspirators who used data mining and social engineering techniques to obtain BINs and other information from Medicare beneficiaries. On or about December 8, 2021, a confidential source contacted Defendant regarding the ad and texted with him about the Medicare data. During those texts, Defendant stated the following, among other things: (a) "I have quite a large amount of data available[,] do you need it for a certain vertical [market]?" (b) "I also work with a data mining company that produces fresh data daily that I have full access to as well." (c) "Ive [sic] been working with the same guys for 3 years now, so I can get whatever is needed on demand within about 24 hours if special interest is desired." and (d) "In general, I charge .12 a file 5K minimum[.]"

In furtherance of the conspiracy, and to accomplish its object and purpose, on or about December 14, 2021, Defendant incorporated Lead Junkies LLC, and opened a bank account for the company on December 15, 2021.

On or about April 5, 2022, in exchange for $8,000 which was wired into the Lead Junkies bank account, Defendant sold and distributed the BINs and other personal information of approximately 83,000 Medicare beneficiaries. Agents subsequently interviewed some of those beneficiaries who stated that they never authorized anyone

(including specifically Defendant and Lead Junkies) to purchase, sell, or distribute their BINs or other personal information.

Email communications and bank records establish that Defendant repeatedly purchased many of the BINs from co-conspirators purporting to be in the Philippines. Similarly, those records show that Defendant repeatedly sold and distributed the BINs to co-conspirators in the U.S. and abroad. Those records also show that Defendant unlawfully purchased, sold, and distributed a total of approximately 2.6 million BINs. The parties agree that a reasonable estimate of Defendant's gain from those transactions is $310,000.

This factual proffer is corroborated by witness testimony, expert opinion, emails, bank records and other documentary evidence. The forgoing facts do not describe all the details of the conspiracy, or Defendant's complete knowledge of it, but are offered for the limited purpose of establishing a sufficient factual basis to support Defendant's plea of guilty to the charge of conspiracy to purchase, sell, and distribute BINs without lawful authority.

JUAN ANTONIO GONZALEZ
UNITED STATES ATTORNEY

Date: 01/24/2023

By: _____
Jon Juenger
Assistant U.S. Attorney

Date: 1/24/2023

By: _____
Bernard Cassidy
Attorney for Defendant

Date: 1/6/2023

By: _____
Charles William Mcelwee
Defendant

- 3 -